NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE:   Docket Number 2022-CA-0005

Michael Drago

- - Versus - -

Mark Wilks and Industrial Machine Works, Inc.

19th Judicial District Court
Case #: 631737
East Baton Rouge Parish

On Application for Rehearing filed on   12/28/2022 By Michael Drago

Rehearing   _denied_

Page McClendon

Guy Holdridge

Date   **MAR 0 3 2023**

Rodd Naquin, Clerk